UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN J. MENDOZA, | ) | NO. CV 11-6692 GHK (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| | ) | |
| LINDA SANDERS, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1    **IT IS ORDERED** that Judgment shall be entered dismissing this action
2    without prejudice.

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5    the Judgment herein on Petitioner and counsel for Respondent.

7    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9    DATED: 2/23/12

                                    _____
                                    GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE