UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN J. MENDOZA, | ) | NO. CV 11-6692 GHK (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LINDA SANDERS, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 2/23/12

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE