1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JUAN J. MENDOZA,                )   NO. CV 11-6692 GHK (SS)
                                      )
12              Petitioner,           )
                                      )
13          v.                        )          **JUDGMENT**
                                      )
14   LINDA SANDERS,                   )
                                      )
15              Respondent.           )
                                      )
16   _____)

17

18        Pursuant to the Court's Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24        DATED: 2/23/12

25                                     _____

26                                     GEORGE H. KING
                                       UNITED STATES DISTRICT JUDGE
27

28